UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GREGORY CHARLES GOODSON<br><br>Plaintiff,<br><br>v.<br><br>CORE REAL ESTATE PARTNERS LLC,<br>GUESTHOUSES, LLC,<br>CVILLAS AND ESTATES, LLC,<br>ANDREW THOMASSON, and<br>SUNSET LODGE INVESTMENTS LLC,<br><br>Defendants. | Civil Action No.:<br><br>3:26-cv-00099-JHY-JCH |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Gregory Charles Goodson ("Goodson" or "Plaintiff"), brings this first amended complaint in the United States District Court for the Western District of Virginia against CORE REAL ESTATE PARTNERS LLC, ("Core"), GUESTHOUSES, LLC, ("Guesthouses"), CVILLAS AND ESTATES, LLC ("Cvillas"), ANDREW THOMASSON ("Thomasson"), and SUNSET LODGE INVESTMENTS LLC ("Sunset Lodge") (together "Defendants"), alleging as follows:

**THE PARTIES**

1. Goodson is an experienced commercial photographer who specializes in real estate photography. Goodson resides in Charlottesville, Virginia.

2. Core is a Limited Liability Company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located in Charlottesville,

Virginia. Defendant's agent for service of process is Andrew Baldwin, who may be served at the following address: 416 Park Street, Charlottesville, Virginia 22902.

3. Guesthouses is a Limited Liability Company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located in Charlottesville, Virginia. Defendant's agent for service of process is John Rabil, who may be served at the following address: 3405 Ridgemere Drive, Henrico, Virginia 23233.

4. Cvillas is a Limited Liability Company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located in Charlottesville, Virginia. Defendant's agent for service of process is Andrew Thomasson, who may be served at the following address: 2657 Cardinal Ridge Road, Charlottesville, Virginia 22901.

5. Thomasson is an individual who resides in Charlottesville, Virginia. Thomasson may be served at the following address: 2657 Cardinal Ridge Rd, Charlottesville, Virginia 22901

6. Sunset Lodge is a Limited Liability Company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located in Charlottesville, Virginia. Defendant's agent for service of process is Andrew Baldwin, who may be served at the following address: 600 East Water Street, Suite C, Charlottesville, Virginia 22902.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over Defendants because Defendants have maintained sufficient minimum contacts with the State of Virginia and as a result the exercise of personal jurisdiction over Defendants by this Court would not offend traditional notices of fair play and substantial justice.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I. The Photograph at Issue in this Lawsuit

10. On March 25, 2023, Goodson sent an estimate for a photography shoot ("Estimate") to Guesthouses, Cvillas, and Thomasson.

11. Estimate governed the proposed photography shoots and corresponding limited license granted by Goodson to Guesthouses, Cvillas, and Thomasson for the real properties located at: 932 Monticello Avenue, Charlottesville, Virginia 22902 ("932 Monticello"), and 209 2nd Street SW, Charlottesville, Virginia 22902 ("209 2nd Street").

12. Estimate stated:

> Usage Rights and Licensing Included in the estimate is a non-exclusive, perpetual license to use the final images *for the purpose of marketing and promoting your short-term vacation rental properties* (emphasis added). The photographs that are produced can be used for promotional purposes, including but not limited to, property listings (Airbnb, Vrbo, Tripadvisor), social media, website, and other print and digital materials. As the photographer, I like to remind all clients I work with that I retain all copyright ownership of the photographs. *Photographs may not be sublicensed, resold, or distributed to third parties without the prior written consent* (emphasis added). The images may not be used for any purpose beyond the promotion of the properties for which they were originally created.

13. On March 27, 2023, Goodson and Guesthouses, Cvillas, and Thomasson executed an agreement ("Agreement") governing the photography shoots for 932 Monticello, and 209 2nd Street.

14. Agreement stated:

> Copyrights: The photographs produced by PHOTOGRAPHER are protected by Federal Copyright Law (all rights reserved) and may not be reproduced in any manner without PHOTOGRAPHER's explicit written permission. It is a breach of this agreement to reproduce the images in any form without explicit written permission. Upon image distribution or images purchased off your online web gallery, limited copyright ownership and a standard business license of the resulting images will be transferred to the CLIENT under the following conditions: This contract provides the CLIENT with the limited right to reproduce, publicly display, and distribute the photographs only for promotional or advertising purposes directly related to the sale of the property location. Photographs used for any purpose not directly related to the sale of the property location must be with the express permission of PHOTOGRAPHER and the payment of additional fees, unless otherwise agreed to in writing. The CLIENT must obtain written permission from -- and compensate PHOTOGRAPHER -- prior to the CLIENT or the CLIENT's friends, relatives, team members and employees publishing or selling the photographs for profit.

15. Following the photography shoots for 932 Monticello, and 209 2nd Street, Goodson and Guesthouses, Cvillas, and Thomasson worked together on other photography shoots, which were governed by the same Agreement terms.

16. On a date prior to November 20, 2023, Guesthouses, Cvillas, and Thomasson hired Goodson to capture photographs of the real property located at 3500 Sunset Lodge Court, Charlottesville, Virginia 22903 ("3500 Sunset").

17. On November 20, 2023, Goodson captured the photographs, "Ivy Cottages-1.jpeg," "Ivy Cottages-2.jpeg," "Ivy Cottages-3.jpeg," "Ivy Cottages-4.jpeg," "Ivy Cottages-5.jpeg," "Ivy Cottages-6.jpeg," "Ivy Cottages-7.jpeg," "Ivy Cottages-8.jpeg," "Ivy Cottages-9.jpeg," "Ivy Cottages-10.jpeg," "Ivy Cottages-11.jpeg," "Ivy Cottages-12.jpeg," "Ivy Cottages-13.jpeg," "Ivy Cottages-14.jpeg," "Ivy Cottages-15.jpeg," "Ivy Cottages-16.jpeg," "Ivy Cottages-17.jpeg," "Ivy Cottages-18.jpeg," "Ivy Cottages-19.jpeg," "Ivy Cottages-20.jpeg," "Ivy Cottages-21.jpeg," "Ivy

Cottages-22.jpeg," "Ivy Cottages-23.jpeg," "Ivy Cottages-24.jpeg," "Ivy Cottages-25.jpeg," "Ivy Cottages-26.jpeg," "Ivy Cottages-27.jpeg," "Ivy Cottages-28.jpeg," "Ivy Cottages-29.jpeg," "Ivy Cottages-30.jpeg," "Ivy Cottages-31.jpeg" "Ivy Cottages-32.jpeg," "Ivy Cottages-33.jpeg," "Ivy Cottages-34.jpeg," "Ivy Cottages-36.jpeg," "Ivy Cottages-37.jpeg," "Ivy Cottages-38.jpeg," "Ivy Cottages-39.jpeg," "Ivy Cottages-40.jpeg," "Ivy Cottages-41.jpeg," "Ivy Cottages-42.jpeg," "Ivy Cottages-43.jpeg," "Ivy Cottages-44.jpeg," "Ivy Cottages-45.jpeg," "Ivy Cottages-46.jpeg," ("Copyrighted Photographs") copies of which are exhibited below:



























































































18. Goodson registered Copyrighted Photograph with the United States Copyright Office on February 5, 2026 (Registration No.: VA 2-486-351).

19. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II. Defendant's Unlawful Activities

20. Thomasson is an agent of Core[1]

21. Thomasson owns and operates Cvillas.[2]

22. Thomasson is the General Manager of Guesthouses.[3]

23. Prior to September 11, 2024, Guesthouses, Cvillas, and Thomasson distributed Copyrighted Photographs to Core for use in a "For Sale" listing for 3500 Sunset, in direct violation of Agreement.

24. Core possessed direct knowledge it did not secure a proper license to copy or otherwise use Copyrighted Photographs.

25. Maggie Holloway ("Holloway") is an agent of Core.[4]

26. Core is a member of Charlottesville Area Association of Realtors ("CAAR"), a multiple listing service headquartered in Charlottesville, Virginia.[5]

27. On or about September 11, 2024, Defendants copied and posted Copyrighted Photographs to CAAR, which distributed Copyrighted Photographs to numerous third-party

---

[1] www.corecville.com/agents/drew-thomasson
[2] Id.
[3] Id.
[4] www.corecville.com/agents/maggie-holloway
[5] www.caar.com/about-us/contact-us-members

commercial websites promoting a "For Sale" listing for 3500 Sunset in direct violation of Agreement.

28. As a condition to posting Copyrighted Photographs to CAAR, Defendants represented they possessed the proper rights and/or authority to upload Copyrighted Photographs to the CAAR website, www.caar.com, for dissemination of Copyrighted Photographs to third-party commercial websites.

29. Defendants' actions resulted in Copyrighted Photographs being displayed on numerous third-party commercial websites promoting a "For Sale" listing for 3500 Sunset, in direct violation of Agreement, including but not limited to: www.realtor.com, and www.ratemyagent.com:




www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414
VPN
realtor.com
Buy
Sell
Rent
Mortgage
Find an Agent
My Home
News & Insights
Manage rentals
Advertise
Log in
Sign up
Back
Charlottesville, VA
View as owner
Kitchen
Living room
Dining room
Fly around
2/60
Connect with an agent
Full name*
Email*
Phone*
Are you selling or buying?*
Connect
By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...
Off Market
5,910 sqft 2.49 acre lot
3500 Sunset Lodge Ct, Charlottesville, VA 22903
Multi Family
Property type
1938
Year built
$1.8M in 2022
Last sold
GLENAIRE
Ivy Rd
FOWLER
Street View
Google
Map data ©2026
View as owner
Share
Thinking about selling 3500 Sunset Lodge Ct?
Get a cash offer, compare top agents, or get early guidance from an agent.


www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414
VPN
realtor.com
Buy
Sell
Rent
Mortgage
Find an Agent
My Home
News & Insights
Manage rentals
Advertise
Log in
Sign up
Back
Charlottesville, VA
View as owner
Kitchen
Living room
Dining room
Fly around
3/60
Connect with an agent
Full name*
Email*
Phone*
Are you selling or buying?*
Connect
By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...
Off Market
5,910 sqft 2.49 acre lot
3500 Sunset Lodge Ct, Charlottesville, VA 22903
Multi Family
Property type
1938
Year built
$1.8M in 2022
Last sold
GLENAIRE
Ivy Rd
FOWLER
Street View
Google
Map data ©2026
View as owner
Share
Thinking about selling 3500 Sunset Lodge Ct?
Get a cash offer, compare top agents, or get early guidance from an agent.


www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414
VPN
realtor.com
Buy Sell Rent Mortgage Find an Agent My Home News & Insights
Manage rentals Advertise Log in Sign up
Back
Charlottesville, VA
View as owner
Kitchen
Living room
Dining room
Fly around
4/60
Connect with an agent
Full name*
Email*
Phone*
Are you selling or buying?*
Connect
By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...
Off Market
5,910 sqft 2.49 acre lot
3500 Sunset Lodge Ct, Charlottesville, VA 22903
Multi Family
Property type
1938
Year built
$1.8M in 2022
Last sold
GLENAIRE
Ivy Rd
FOWLER
Street View
Google
Map data ©2026
View as owner
Share
Thinking about selling 3500 Sunset Lodge Ct?
Get a cash offer, compare top agents, or get early guidance from an agent.


www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414
VPN
realtor.com
Buy Sell Rent Mortgage Find an Agent My Home News & Insights
Manage rentals Advertise Log in Sign up
Back
Charlottesville, VA
View as owner
Kitchen
Living room
Dining room
Fly around
5/60
Connect with an agent
Full name*
Email*
Phone*
Are you selling or buying?*
Connect
By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...
Off Market
5,910 sqft 2.49 acre lot
3500 Sunset Lodge Ct, Charlottesville, VA 22903
Multi Family
Property type
1938
Year built
$1.8M in 2022
Last sold
GLENAIRE
Ivy Rd
FOWLER
Street View
Google
Map data ©2026
View as owner
Share
Thinking about selling 3500 Sunset Lodge Ct?
Get a cash offer, compare top agents, or get early guidance from an agent.


www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414
VPN
realtor.com
Buy
Sell
Rent
Mortgage
Find an Agent
My Home
News & Insights
Manage rentals
Advertise
Log in
Sign up
Back
Charlottesville, VA
View as owner
Kitchen
Living room
Dining room
Fly around
6/60
Connect with an agent
Full name*
Email*
Phone*
Are you selling or buying?*
Connect
By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...
Off Market
5,910 sqft 2.49 acre lot
3500 Sunset Lodge Ct, Charlottesville, VA 22903
Multi Family
Property type
1938
Year built
$1.8M in 2022
Last sold
GLENAIRE
Ivy Rd
FOWLER
Street View
Google
Map data ©2026
View as owner
Share
Thinking about selling 3500 Sunset Lodge Ct?
Get a cash offer, compare top agents, or get early guidance from an agent.


www.ratemyagent.com/real-estate-agency/core-real-estate-partners-llc/property-listings/3500-sunset-lodge-court-22903-bkzs9u
VPN
ratemyagent
Go to search
Log in
Join
Home > Charlottesville > 22903
Pending
60 Photos
+55
Listed by MAGGIE HOLLOWAY from CORE REAL ESTATE PARTNERS LLC
Source: Bright MLS #656728
3500 Sunset Lodge Court, Charlottesville, VA, 22903
$3,250,000
2.49 ac.
Other • 30+ days on the market
Email
Track
Share
MAGGIE HOLLOWAY
44375258...
CORE REAL ESTATE PARTNERS LLC
Email
What's around 3500 Sunset Lodge Court


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
https://www.ratemyagent.com/real-estate-agency/core-real-estate-partners-llc/
property-listings/3500-sunset-lodge-court-22903-bkzs9u#gallery
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos


www.ratemyagent.com/real-estate-agency/core-real-e
40%
VPN
3500 Sunset Lodge Court, Charlottesville
$3,250,000
2.49 ac.
60 Photos

www.ratemyagent.com/real-estate-agency/core-real-estate-partners-llc/property-listings/3500-sunset-lodge-court-22903-bk

3500 Sunset Lodge Court, Charlottesville
**$3,250,000**

2.49 ac. 60 Photos







**Contact**

Listing Agent
MAGGIE HOLLOWAY
44375258...

Email

30. On or before September 27, 2024, Defendants distributed Copyrighted Photographs to the YouTube channel, "The I Love CVille Network," which produces weekly videos posted to www.youtube.com/@theilovecvillenetwork.

31. On September 27, 2024, The I Love CVille Network posted Copyrighted Photographs to an episode titled "Oldest Business in Charlottesville, VA Area: Oldest Church in Charlottesville, VA Area:"




www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
33 views • Sep 27, 2024 • "The I Love CVille Show"
0 Comments
Sort by
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
"Stop that sh*t."
13:53
BRUTAL KOS
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
45:46
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
48:15
New
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
14:40
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
"Nobody believes y'all."
19:03
THE GREATEST BAD BLOOD FIGHTS
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
0
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
"Stop that sh*t."
13:53
BRUTAL KOS
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
45:46
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
48:15
New
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
14:40
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
"Nobody believes y'all."
19:03
THE GREATEST BAD BLOOD FIGHTS
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
0
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Politic
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
All
From The I Love CVille Network
Politic
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
All
From The I Love CVille Network
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
YouTube
Search or ask a question
Create
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...
All
From The I Love CVille Network
Sovereign Citizen Gets Humbled By Funniest Superviso...
Sergeant Curtis
1.5M 7mo ago
Brutal Heavyweight Knockouts
UFC
3.5M 1y ago
Cycling World Championship 1990 Mens Road Race
John G
49K 11y ago
When Hector Camacho Confronted His ...
Boxing After Dark
2.2K 8h ago
Funniest Trooper Ever Accidentally Makes $3.5M Drug...
Sergeant Curtis
795K 1mo ago
The 10 Most HEATED Bad Blood Fights In Boxing ...
Top Rank Boxing


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
Ivy Cottages For Sale: 10 Rm Hotel, $3.25M Ask
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...


www.youtube.com/watch?v=VeLmhr7IBN0&t=847s
Ivy Cottages For Sale: 10 Rm Hotel, $3.25M Ask
Oldest Business In Charlottesville, VA Area; Oldest Church In Charlottesville, VA Area
The I Love CVille Network
1.63K subscribers
Subscribe
33 views 2y ago "The I Love CVille Show"
The I Love CVille Show headlines:
Oldest Business In Charlottesville, VA Area
Oldest Church In Charlottesville, VA Area more
0 Comments
Sort by
Add a comment...




32. During the episode, the host of I Love CVille Network episode stated:

> I want to talk on today's program about an intriguing real estate listing. They're called the Ivy Cottages. It's on Ivy Road. The exact address is 3500 Sunset Lodge Court. This used to be a hotel. A motel actually. It was founded in the early 1900s. The property features ten thoughtfully designed one-bedroom and one-bathroom units. And it also has what appears to be the caretaker's house, an 1,800 square foot space that is very suitable for events. (3:24 – 4:44).
>
> This just hit. Some of us that follow the commercial side of real estate closely. This just hit. Public MLS's, and has been circulated to me now on three occasions by three different folks that we work alongside or do business with, that invest in real estate. Show, rotate the photos on screen. . . and it was brought to my attention this morning by three individuals I trust, and I wanted to pass it along to you. They know that I am going to bring that on air. (13:30 – 18:20)

33. On October 2, 2024, Core copied and posted Copyrighted photographs to its social media feeds, including Facebook, www.facebook.com/CoreRealEstatecharlottesville, and Instagram, www.instagram.com/corecville:




www.instagram.com/p/DAoCef0OoJv/?img_index=2
LOT 12 GREY HERON RD, KESWICK
-08 BUNDORAN DR, NORTH GARDE
corecville · Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=3
VPN
LOT 12 GREY HERON RD, KESWICK
corecville • Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=4
LOT 12 GREY HERON RD, KESWICK
-08 BUNDORAN DR, NORTH GARDE
corecville · Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=5
LOT 12 GREY HERON RD, KESWICK
corecville • Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=6
LOT 12 GREY HERON RD, KESWICK
-08 BUNDORAN DR, NORTH GARDE
corecville · Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=7
VPN
LOT 12 GREY HERON RD, KESWICK
-08 BUNDORAN DR, NORTH GARDE
corecville · Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=8
LOT 12 GREY HERON RD, KESWICK
-08 BUNDORAN DR, NORTH GARDE
corecville • Follow
Ivy, Virginia
corecville Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
#InvestmentOpportunity #Charlottesville #MultiFamilyHome #CoreCville #CoreRealEstatePartners #CharlottesvilleRealEstate #shorttermrental
Edited · 103w
51 likes
October 2, 2024
Add a comment...
Post
Messages


www.instagram.com/p/DAoCef0OoJv/?img_index=9
VPN
CONTACT
MAGGIE HOLLOWAY
AGENT
443-752-5856
MAGGIE@CORECVILLE.COM
CORE
REAL ESTATE PARTNERS
corecville
Ivy, Virginia
Follow
corecville Edited • 103w
Set in the heart of Ivy, VA, this historic property combines modern renovations with endless potential. It features 10 cozy one-bedroom units, five already short-term rentals, plus two awaiting your creative touch. The main house offers versatile space for events or office use, with two more rentable units on the upper floor. Located minutes from UVA and the Monticello Wine Trail, this versatile property is an incredible investment opportunity.
3500 Sunset Lodge Court
Charlottesville, VA 22903
$3,250,000 | MLS# 656728
Maggie Holloway
443-752-5856
51
3
October 2, 2024
Add a comment...
More posts from corecville
YOUR
CORE
Messages


www.facebook.com/photo.php?fbid=1233782794273867&set=pb.100029264756012.-2207520000&type=3
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233782637607216&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781507607329&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo.php?fbid=1233781490940664&set=pb.100029264756012.-2207520000&type=3
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781437607336&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024 ·
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781430940670&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024 ·
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781424274004&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781394274007&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781380940675&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024 ·
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781364274010&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024 ·
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233781340940679&set=pb.100029264756012.-2207520000
VPN
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...


www.facebook.com/photo/?fbid=1233783444273802&set=pb.100029264756012.-2207520000
VPN
WHERE ROOTS GROW
CONTACT
MAGGIE HOLLOWAY
AGENT
443-752-5856
MAGGIE@CORECVILLE.COM
CORE
REAL ESTATE PARTNERS
This photo is from a post.
View post
Core Real Estate Partners
October 2, 2024
No comments yet
Be the first to comment.
Write a comment...

34. On October 20, 2025, Holloway provided Copyrighted Photographs to real estate agents Jenny Stoner, John Pritzlaff, IV, and Josi Williams of Cushman & Wakefield | Thalhimer of Charlottesville, Virginia ("Cushman").

35. Holloway delivered a Google Drive link to Cushman by email, which included Copyrighted Photographs, and stated: "Here is the information I had from listing it last year."

36. Holloway's actions resulted in Cushman posting Copyrighted Photographs to the commercial website, www.thalhimer.com, for the purpose of promoting a "For Sale" listing for 3500 Sunset, in direct violation of Agreement.

37. Cushman posted Copyrighted Photographs to the following URL: www.thalhimer.com/?pdf_proxy=https%3A%2F%2Fthalhimer.s3.us-west-1.amazonaws.com%2Flisting%2Fa08Um000012LIjSIAW%2F1762378997467-48a77a57_TheIvyCottages.pdf:




thalhimer.com/listings/the-ivy-cottages/
CUSHMAN & WAKEFIELD
THALHIMER
ABOUT
PROPERTIES
SERVICES
MARKETS
INSIGHTS
NEWS
CONTACT US
THE IVY COTTAGES
VIEW PROPERTY LISTINGS
CONTACT OUR OFFICE
Map
Satellite
Free Union
Crozet
Commonwealth
3500 Sunset Lodge Court
Charlottesville, VA 22903
United States


PROPERTY FEATURES
2.43 ACRES FOR SALE
FEATURES 10 ONE-BED, ONE-BATH RESIDENTIAL UNITS AND A 2-STORY MAIN HOUSE FOR OFFICE OR EVENT SPACE
CONVENIENT ACCESS TO CHARLOTTESVILLE, UVA, CROZET, THE MONTICELLO WINE TRAIL, AND MORE
HISTORIC PROPERTY OFFERS SUNSET LODGE DINING ROOM AND HOTEL OPERATED THROUGHOUT THE EARLY MID 1900'S
PRIME INVESTMENT OPPORTUNITY
POSSIBILITY FOR VALUE ADD
SCENIC SETTING WITH MOUNTAIN VIEWS


PROPERTY PHOTOS


INTERIOR PHOTOS

38. Holloway's actions resulted in Cushman posting Copyrighted Photographs to numerous third-party commercial websites in direct violation of Agreement, including but not limited to: www.crexi.com, and www.loopnet.com:



www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

**Subscribe to Intelligence for full access**

Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams.

Dismiss Subscribe Now

## 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save



View Map | Street View | 11 Photos

JS Jenny stoner PRO •••-•••-1234 VA | John Pritzlaff •••-•••-1234 VA 0225195372 | Josi Williams •••-•••-1234 VA 0225266484

Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

**Unpriced** | 88 days on market | Updated 88 days ago

The Ivy Cottages

Request Info | View Flyer

Subscribe to customize the order of these details Subscribe Now

**Details**

| | | | |
|---|---|---|---|
| Property Type | Multifamily, Office | Sub Type | Executive Office |
| Stories | 2 | Acreage | 2.430 |

**Multifamily**

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

**Listing Contacts** Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...

www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

**Subscribe to Intelligence for full access**

Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams.

Dismiss Subscribe Now

## 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save



View Map | Street View | 11 Photos

JS Jenny stoner PRO •••-•••-1234 VA | John Pritzlaff •••-•••-1234 VA 0225195372 | Josi Williams •••-•••-1234 VA 0225266484

Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

**Unpriced** | 88 days on market | Updated 88 days ago

The Ivy Cottages

Request Info | View Flyer

Subscribe to customize the order of these details Subscribe Now

**Details**

Property Type: Multifamily, Office — Sub Type: Executive Office
Stories: 2 — Acreage: 2.430

**Multifamily**

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

**Listing Contacts** Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...



www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access

Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams.

Dismiss Subscribe Now

3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save

View Map Street View 11 Photos

Jenny stoner PRO •••-•••-1234 VA

John Pritzlaff •••-•••-1234 VA 0225195372

Josi Williams •••-•••-1234 VA 0225266484

Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago

The Ivy Cottages

Request Info View Flyer

Subscribe to customize the order of these details Subscribe Now

Details

| | | | |
|---|---|---|---|
| Property Type | Multifamily, Office | Sub Type | Executive Office |
| Stories | 2 | Acreage | 2.430 |

Multifamily

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...



www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access

Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams.

Dismiss Subscribe Now

3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save

View Map Street View 11 Photos

Jenny stoner PRO •••-•••-1234 VA

John Pritzlaff •••-•••-1234 VA 0225195372

Josi Williams •••-•••-1234 VA 0225266484

Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago

The Ivy Cottages

Request Info View Flyer

Subscribe to customize the order of these details Subscribe Now

Details

| | | | |
|---|---|---|---|
| Property Type | Multifamily, Office | Sub Type | Executive Office |
| Stories | 2 | Acreage | 2.430 |

Multifamily

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...



www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access
Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams. Dismiss Subscribe Now

3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save

View Map Street View 11 Photos

Jenny stoner PRO ••••-••••-1234 VA
John Pritzlaff ••••-••••-1234 VA 0225195372
Josi Williams ••••-••••-1234 VA 0225266484
Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago
The Ivy Cottages
Request Info View Flyer

Subscribe to customize the order of these details Subscribe Now

Details

| Property Type | Multifamily, Office | Sub Type | Executive Office |
|---|---|---|---|
| Stories | 2 | Acreage | 2.430 |

Multifamily

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...



www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access
Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams. Dismiss Subscribe Now

3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save

View Map Street View 11 Photos

Jenny stoner PRO ••••-••••-1234 VA
John Pritzlaff ••••-••••-1234 VA 0225195372
Josi Williams ••••-••••-1234 VA 0225266484
Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago
The Ivy Cottages
Request Info View Flyer

Subscribe to customize the order of these details Subscribe Now

Details

Property Type Multifamily, Office Sub Type Executive Office
Stories 2 Acreage 2.430

Multifamily

Marketing description

For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI

Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...

www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access
Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams. Dismiss Subscribe Now

## 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save



View Map | Street View | 11 Photos

Jenny stoner PRO •••-•••-1234 VA
John Pritzlaff •••-•••-1234 VA 0225195372
Josi Williams •••-•••-1234 VA 0225266484
Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago
The Ivy Cottages
Request Info | View Flyer

Subscribe to customize the order of these details Subscribe Now

**Details**

| | | | |
|---|---|---|---|
| Property Type | Multifamily, Office | Sub Type | Executive Office |
| Stories | 2 | Acreage | 2.430 |

**Multifamily**

Marketing description
For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI
Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...

www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale Lease Auctions Comps & Records Upgrade Crexi Vault Add Listings Sign Up or Log In My Listings

For Sale | Sale Comp | Lease Data | Record

Subscribe to Intelligence for full access
Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams. Dismiss Subscribe Now

3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes Print Share Save



View Map | Street View | 11 Photos

Jenny stoner PRO •••-•••-1234 VA
John Pritzlaff •••-•••-1234 VA 0225195372
Josi Williams •••-•••-1234 VA 0225266484
Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

Unpriced | 88 days on market | Updated 88 days ago
The Ivy Cottages
Request Info | View Flyer

Subscribe to customize the order of these details Subscribe Now

Details

Property Type Multifamily, Office Sub Type Executive Office
Stories 2 Acreage 2.430

Multifamily

Marketing description
For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

Listing Contacts Submit LOI
Jenny stoner PRO Cushman & Wakefield Thalhimer - Char...

www.crexi.com/properties/2247273/virginia-the-ivy-cottages

Sale | Lease | Auctions | Comps & Records | Upgrade | Crexi Vault | Add Listings | Sign Up or Log In | My Listings

For Sale | Sale Comp | Lease Data | Record

**Subscribe to Intelligence for full access**
Analyze more property details including ownership and financial history. Share advanced property insights with your clients and teams.
Dismiss | Subscribe Now

## 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Notes | Print | Share | Save



View Map | Street View | 11 Photos

JS Jenny stoner PRO ••••••1234 VA
John Pritzlaff ••••••1234 VA 0225195372
Josi Williams ••••••1234 VA 0225266484
Listed by Cushman & Wakefield Thalhimer - Charlottesville, Virginia Contact

**Unpriced** | 88 days on market | Updated 88 days ago
The Ivy Cottages
Request Info | View Flyer

Subscribe to customize the order of these details | Subscribe Now

**Details**

| | | | |
|---|---|---|---|
| Property Type | Multifamily, Office | Sub Type | Executive Office |
| Stories | 2 | Acreage | 2.430 |

**Multifamily**

Marketing description
For Sale

Investment highlights

- 2.43 acres for sale
- Features 10 one-bed, one-bath residential units and a 2-story main house for office or event space
- Convenient access to charlottesville, uva, crozet, the monticello wine trail, and more
- Historic property offers sunset lodge dining room and hotel operated throughout the early mid 1900's
- Prime investment opportunity
- Possibility for value add
- Scenic setting with mountain views

Got any questions? I'm happy to help.

**Listing Contacts** Submit LOI
Jenny stoner PRO | Cushman & Wakefield Thalhimer - Char...

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet | Log In

## Ivy Cottages | 3500 Sunset Lodge Ct
10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903





### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call | Message

**Contacts**
John Pritzlaff
Jenny Stoner
Josi Williams

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

## Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.


www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.


www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

## Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

Ivy Cottages | 3500 Sunset Lodge Ct
10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call
Message

Contacts
John Pritzlaff
Jenny Stoner
Josi Williams

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

Ivy Cottages | 3500 Sunset Lodge Ct
10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call
Message

Contacts
John Pritzlaff
Jenny Stoner
Josi Williams

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.



www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams



www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale

Hotels / Virginia / Charlottesville / 3500 Sunset Lodge Ct, Charlottesville, VA 22903

Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

**Ivy Cottages | 3500 Sunset Lodge Ct**

10 Room Hotel | Charlottesville, VA 22903 | For Sale



### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's unique character and flexible layout make it ideal for

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from boutique lodging and event hosting to long-term rental

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

**Ivy Cottages | 3500 Sunset Lodge Ct**

10 Room Hotel | Charlottesville, VA 22903 | For Sale



### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's unique character and flexible layout make it ideal for

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from boutique lodging and event hosting to long-term rental

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's unique character and flexible layout make it ideal for and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from boutique lodging and event hosting to long-term rental

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's unique character and flexible layout make it ideal for and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from boutique lodging and event hosting to long-term rental

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

## Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



### Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

### Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.
This asset provides multiple value-add possibilities, from

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet

Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.
This asset provides multiple value-add possibilities, from

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from

www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/

LoopNet Log In

Ivy Cottages | 3500 Sunset Lodge Ct

10 Room Hotel | Charlottesville, VA 22903 | For Sale



Investment Highlights

- Prime location near UVA, Crozet, and the Monticello Wine Trail.
- Scenic mountain views create an attractive setting for hospitality or residential use.
- Convenient access to I-64 and major Charlottesville amenities.
- Historic property with roots as a dining and lodging destination in the early 1900s.
- Multiple value-add opportunities for investors seeking redevelopment or repositioning.

Call

Message

Contacts

John Pritzlaff

Jenny Stoner

Josi Williams

CUSHMAN & WAKEFIELD | THALHIMER

Executive Summary

The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's

and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.

This asset provides multiple value-add possibilities, from


www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/
LoopNet
Log In
Ivy Cottages | 3500 Sunset Lodge Ct
10 Room Hotel | Charlottesville, VA 22903 | For Sale
Investment Highlights
Prime location near UVA, Crozet, and the Monticello Wine Trail.
Scenic mountain views create an attractive setting for hospitality or residential use.
Convenient access to I-64 and major Charlottesville amenities.
Historic property with roots as a dining and lodging destination in the early 1900s.
Multiple value-add opportunities for investors seeking redevelopment or repositioning.
Executive Summary
The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's
and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.
This asset provides multiple value-add possibilities, from
Call
Message
Contacts
John Pritzlaff
Jenny Stoner
Josi Williams
THALHIMER


www.loopnet.com/Listing/3500-Sunset-Lodge-Ct-Charlottesville-VA/38357792/
LoopNet
Log In
Ivy Cottages | 3500 Sunset Lodge Ct
10 Room Hotel | Charlottesville, VA 22903 | For Sale
Investment Highlights
Prime location near UVA, Crozet, and the Monticello Wine Trail.
Scenic mountain views create an attractive setting for hospitality or residential use.
Convenient access to I-64 and major Charlottesville amenities.
Historic property with roots as a dining and lodging destination in the early 1900s.
Multiple value-add opportunities for investors seeking redevelopment or repositioning.
Executive Summary
The Ivy Cottages at 3500 Sunset Lodge Court present a rare investment opportunity in the heart of Charlottesville, VA. Spanning 2.43 acres, this historic property features ten one-bedroom, one-bath residential cottages and a two-story main house that can serve as an office or event venue. The property's
and residents alike. Originally home to the Sunset Lodge dining room and hotel in the early to mid-1900s, the property retains its historic charm while offering modernized interiors, as shown in the updated kitchens and living spaces.
This asset provides multiple value-add possibilities, from
Call
Message
Contacts
John Pritzlaff
Jenny Stoner
Josi Williams
THALHIMER




39. Defendants never contacted Plaintiff to secure a proper license to use Copyrighted Photographs in connection with a "For Sale" listing.

40. Plaintiff first discovered Defendants unauthorized use of Copyrighted Photographs on or about January 28, 2026.

41. On February 5, 2026, Plaintiff notified Defendants in writing of its unauthorized use of Copyrighted Photographs.

42. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Copyrighted Photographs.

43. Despite possessing direct evidence their actions constitute copyright infringement during the past eight (8) months, Defendants failed to cease their infringing activity. See:

- www.realtor.com/realestateandhomes-detail/3500-Sunset-Lodge-Ct_Charlottesville_VA_22903_M50133-50414

- www.ratemyagent.com/real-estate-agency/core-real-estate-partners-llc/property-listings/3500-sunset-lodge-court-22903-bkzs9u#
- https://www.instagram.com/p/DAoCef00oJv/?img_index=1
- https://www.facebook.com/photo/?fbid=1233781507607329&set=pb.100029264756012.-2207520000

**COUNT I: COPYRIGHT INFRINGEMENT**

44. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

45. Copyrighted Photographs are an original work of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

46. Goodson owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

47. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

48. Defendants have reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

49. By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photograph for their own commercial purposes.

50. Upon information and belief, Thomasson is the dominant influence in Guesthouses and Cvillas, and determined and/or directed the policies that led to the infringements complained of herein. Accordingly, Thomasson is jointly and severally liable for direct copyright infringement.

*See Broad. Music, Inc. v. It's Amore Corp.*, No. 3:08CV570, 2009 WL 1886038 (M.D. Pa. June 30, 2009), citing *Sailor Music v. Mai Kai of Concord, Inc.*, 640 F. Supp. 629, 634 (D.N.H.1984).

51. Upon further information and belief, Thomasson maintained the right and ability to control the infringing activities of Guesthouses and Cvillas, and had a direct financial interest in those activities by virtue of his ownership in the company and the profits derived from the direct sale of Guesthouses and Cvillas's products and services. Accordingly, Thomasson is vicariously liable for copyright infringement. *See, e.g., Broad. Music, Inc. v. Tex Border Mgmt.*, 11 F. Supp. 3d 689, 693-94 (N.D. Tex. 2014).

52. Defendants' infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

53. Plaintiff has been damaged as a direct and proximate result of Defendants.

54. Plaintiff is entitled to recover its actual damages resulting from Defendants unauthorized use of Copyrighted Photograph and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendants profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

## **COUNT II: CONTRIBUTORY INFRINGEMENT**

55. Defendants possessed actual and/or constructive knowledge their dissemination of Copyrighted Photographs to third-party commercial websites infringed upon Goodson rights.

56. Despite possessing actual and/or constructive knowledge their dissemination of the Copyrighted Photographs infringed upon Plaintiff's rights, Defendants have refused to remove all incidents of infringement of Copyrighted Photographs.

57. Goodson has suffered and will continue to suffer damages as a proximate result of Defendants' contributory infringement of Copyrighted Photographs.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

a. A declaration Defendants have infringed Plaintiff's copyrights in Copyrighted Photographs;

b. A declaration such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper.

d. Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photograph or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: October 1, 2026

**Deal Copyright Law, P.L.C.**

*/s/ David C. Deal*
David C. Deal
P.O. Box 625
Charlottesville, Virginia 22902
Telephone: (434) 261-2704
Email: david@dealcopyrightlaw.com
*Counsel for Plaintiff*